STATE OF CONNECTICUT )
                     )  SS:
                     )
COUNTY OF HARTFORD   )

    I, Peter B. Hoffman, being first duly sworn, depose and say that I am Regional Director of Region 34 of the National Labor Relations Board; that I have read the foregoing petition and exhibits and know the contents thereof; that the statements therein made as upon personal knowledge are true; and those made as upon information and belief, I believe to be true.

*[signature]*
Peter B. Hoffman, Regional Director
Region 34
National Labor Relations Board

Subscribed and sworn to before
me, this 3rd day of January, 2008.

*[signature]*
Commissioner of the Superior Court