Jennifer F. Dease
Attorney for Petitioner
National Labor Relations Board
Region 34
280 Trumbull Street, 21st Floor
Hartford, CT 06103
Telephone: (860) 240-3376
Facsimile: (860) 240-3564
region34@nlrb.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER HOFFMAN, Regional Director of the Region 34 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>vs.<br><br>PENNANT FOODS COMPANY, a wholly owned subsidiary of CS BAKERY HOLDINGS, INC, a wholly owned subsidiary of CHEF SOLUTIONS HOLDINGS, LLC<br><br>Respondent | CIVIL NO. |

## ORDER TO SHOW CAUSE

The petition of Peter B. Hoffman, Regional Director of Region 34 of the National Labor Relations Board, having been filed pursuant to Section 10(j) of the National Labor Relations Act, as amended, [61 Stat. 149; 93 Stat. 544; 28 U.S.C. Sec. 10(j)], praying for issuance of an order directing Respondent, Pennant Foods Company, a wholly owned subsidiary of CS Bakery Holdings, Inc., a wholly owned subsidiary of Chef Solutions Holdings, Inc., to show cause why an injunction should not issue enjoining and restraining said Respondent from engaging in certain acts and conduct in violation

of said Act, pending the final disposition of the matters involved before said Board, and good cause appearing therefore,

 IT IS ORDERED THAT Respondent, Pennant Foods Company, a wholly owned subsidiary of CS Bakery Holdings, Inc., a wholly owned subsidiary of Chef Solutions Holdings, Inc., appear before this Court of the United States in _____, Connecticut on the _____ day of _____, 2008, at _____ a.m., or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the matters herein involved now pending before the National Labor Relations Board, Respondent, its officers, representatives, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with it should not be enjoined and restrained as prayed for in said petition; and

 IT IS FURTHER ORDERED that Respondent, Pennant Foods Company, a wholly owned subsidiary of CS Bakery Holdings, Inc., a wholly owned subsidiary of Chef Solutions Holdings, Inc., shall file an answer to the allegations of said petition with the clerk of this court and serve a copy thereof upon Petitioner at his office located at 280 Trumbull Street, 21st Floor, Hartford, Connecticut, on or before the _____ day of _____, 2008; and

 IT IS FURTHER ORDERED that service of a copy of this Order, together with a copy of the petition and exhibits upon which it is issued, be made by a United States Marshall or other appropriate persons upon Respondent, Pennant Foods Company, a wholly owned subsidiary of CS Bakery Holdings, Inc., a wholly owned subsidiary of Chef

2

Solutions Holdings, Inc., in any manner provided in the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

 Dated at _____, Connecticut, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE